UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL LUGO,

    Plaintiff,

v.                                CASE NO. 8:22-cv-392-SDM-AAS

SEA CREST APARTMENTS, INC.,

    Defendant.
_____/

## ORDER

The plaintiff announces (Doc. 12) a settlement. Under Local Rule 3.09(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on April 19, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE